UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:10-CR-35 |
| | ) | |
| CHAD MAURICE TAYLOR | ) | |

# O R D E R

On February 3, 2011, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of

the Indictment in exchange for the undertakings made by the government in the written plea

agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the

Indictment; (c) that a decision on whether to accept the plea agreement be deferred until

sentencing; and (d) Defendant shall remain in custody pending sentencing in this matter (Doc.

15).  Neither party filed an objection within the given fourteen days.  After reviewing the record,

the Court agrees with the magistrate judge's report and recommendation.  Accordingly, the Court

**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28

U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, in exchange for the

undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday,**

**April 25, 2011, at 2:00 pm**.

      **SO ORDERED.**

      **ENTER:**


                           _____*/s/Harry S. Mattice, Jr.*_____
                                HARRY S. MATTICE, JR.
                    UNITED STATES DISTRICT JUDGE