UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:10-cr-035-TRM-SKL-1 |
| v. | ) |
| | ) |
| CHAD MAURICE TAYLOR | ) |

## MEMORANDUM AND ORDER

CHAD MAURICE TAYLOR, ("Defendant") appeared for a hearing on July 7, 2023, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision ("Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government did not move to detain Defendant but agreed Defendant may be released on bond with conditions as set out in the Order Setting Conditions of Release, which incorporate his existing conditions of supervised release.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petition.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petition and Order for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition and Order for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

(3) Defendant is released on a bond pursuant to an Order Setting Conditions of Release.

SO ORDERED.

ENTER.  s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE